| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0650 3:16CR00233 - 1 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>Middle District of Tennessee | DIVISION<br>Nashville |
|---|---|---|
| TELLERICK SIMON | NAME OF SENTENCING JUDGE<br>Honorable Thomas A. Varlan, U.S. District Judge E/TN | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/24/2016    TO 03/23/2021 |

OFFENSE
Ct. 1: Possession w/Intent to Distribute Cocaine Base, 21:841(a)(1), Class A Felony;
Ct. 2: Possession w/Intent to Distribute Cocaine Hydrochloride, 21:841(a)(2), Class C Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _Western District of Tennessee_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_January 3, 2018_          _[signature]_
Date                                       Chief U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the WESTERN DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_                                         _U.S. District Judge_

Assigned Officer Initials (ABK)